Meryl L. Macklin (CA State Bar No. 115053)
HOLME ROBERTS & OWEN LLP
One Maritime Plaza, Suite 2400A
San Francisco, CA  94111-3404
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999

**E-filed 10/14/05**

Attorneys for Defendant and Counterclaimant
Howard M. Kingston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| METARA, INC., a Delaware Corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>HOWARD M. KINGSTON, an individual,<br><br>　　　　Defendant and Counterclaimant.<br><br>AND RELATED CROSS-ACTION. | CASE NO. C03 04594 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FINALIZE SETTLEMENT AGREEMENT** |

Stipulation and [Proposed] Order Extending Deadline To Finalize Settlement Agreement
*Metara v. Kingston*
Case No. C03 04594 HRL

#13533 v1

Plaintiff and Counterdefendant Metara, Inc. and Defendant and Counterclaimant Howard M. Kingston (collectively "the Parties"), by and through their respective counsel of record, do hereby agree and stipulate as follows:

WHEREAS this Court's September 7, 2005 Order of Dismissal set October 7, 2005 as the deadline for the Parties to finalize a settlement agreement;

WHEREAS the Parties appeared before this Court for a Status Conference on October 7, 2005 and were granted a seven day extension, up to and including October 14, 2005, to finalize a settlement agreement; and

WHEREAS the Parties are still in the process of finalizing a settlement agreement.

THEREFORE, the Parties stipulate to a further seven day extension of the Order of Dismissal, up to and including October 21, 2005, for the purpose of finalizing the settlement agreement.

Dated: October 13, 2005        HOLME ROBERTS & OWEN LLP

By:        /s/ Meryl Macklin
           Meryl Macklin
           Attorneys for Defendant and Counterclaimant

Dated: October 13, 2005        MACPHERSON KWOK CHEN & HEID LLP

By:        /s/ Jennifer Lantz
           Jennifer Lantz
           Attorneys for Plaintiff and Counterdefendant

1
Stipulation and [Proposed] Order Extending Deadline To Finalize Settlement Agreement
*Metara v. Kingston*
Case No. C03 04594 HRL

#13533 v1

1 |     AS STIPULATED, **IT IS SO ORDERED**.

Dated: October 14, 2005

Jeremy Fogel /s/electronic signature authorized
United States District Judge

2
Stipulation and [Proposed] Order Extending Deadline To Finalize Settlement Agreement
*Metara v. Kingston*
Case No. C03 04594 HRL

#13533 v1