| | |
|---|---|
| 1<br>2<br>3<br>4 | ALAN H. MacPHERSON (SB# 44286)<br>JENNIFER M. LANTZ (SB #202252)     **E-filed 10/25/05**<br>MacPHERSON KWOK CHEN & HEID LLP<br>1762 Technology Drive, Suite 226<br>San Jose, California 95110<br>Phone:  (408) 392-9250<br>Facsimile:  (408) 392-9262 |
| 5<br>6 | Attorneys for Plaintiff/Counterdefendant<br>METARA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| METARA, INC., a Delaware Corporation,<br><br>      Plaintiff and Counterdefendant,<br><br>vs.<br><br>HOWARD M. KINGSTON, an individual,<br><br>      Defendant and Counterclaimant. | Case No. C03 04594 HRL<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING DEADLINE TO**<br>**FINALIZE SETTLEMENT**<br>**AGREEMENT** |

   Plaintiff and Counterdefendant Metara, Inc. and Defendant and Counterclaimant Howard M. Kingston (collectively "the Parties"), by and through their respective counsel of record, do hereby agree and stipulate as follows:

   WHEREAS this Court's September 7, 2005 Order of Dismissal set October 7, 2005 as the deadline for the Parties to finalize a settlement agreement;

   WHEREAS the Parties appeared before this Court for a Status Conference on October 7, 2005 and were granted a seven day extension, up to and including October 14, 2005, to finalize a settlement agreement;

   WHEREAS the Parties stipulated and were granted an additional seven day extension, up to and including October 21, 2005, to finalize a settlement agreement; and

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FINALIZE**          1
**SETTLEMENT AGREEMENT – CASE NO. C03 04594 HRL**

1  WHEREAS the Parties are still in the process of finalizing a settlement agreement.

2  THEREFORE, the Parties stipulate to a further seven day extension of the Order of
3  Dismissal, up to and including October 28, 2005, for the purpose of finalizing the settlement
4  agreement.

6  DATED: October 21, 2005              MacPHERSON KWOK CHEN & HEID LLP

8                                       By      /s/
                                            Jennifer M. Lantz
9                                           Attorneys for Plaintiff and Counter-
                                            Defendant METARA, INC.

11 DATED: October 21, 2005              HOLME ROBERTS & OWEN LLP

13                                      By      /s/
                                            Meryl L. Macklin,
                                            Attorneys for Defendant and Counter-Claimant
14                                          HOWARD M. KINGSTON

17                                    **ORDER**

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20  DATED:  10/25/05                    By  Jeremy Fogel /s/electronic signature authorized
                                            United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FINALIZE**                    2
**SETTLEMENT AGREEMENT – CASE NO. C03 04594 HRL**